# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HARRELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 18-0055-CG-B |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated May 25, 2018, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 21st day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE