IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HARRELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 18-0055-CG-B |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice** for failure to prosecute and obey the orders of this Court.

**DONE and ORDERED** this 21st day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE